FORM 8. Entry of Appearance

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Enrique Free-Pacheco    v.    United Stateas

No. 14-5137

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

☐ Pro Se    ☒ As counsel for:    Enrique Free-Pacheco
                                 Name of party

I am, or the party I represent is (select one):

☐ Petitioner   ☐ Respondent   ☐ Amicus curiae   ☐ Cross Appellant
☒ Appellant    ☐ Appellee     ☐ Intervenor

As amicus curiae or intervenor, this party supports (select one):

☐ Petitioner or appellant    ☐ Respondent or appellee

My address and telephone are:

| | |
|---|---|
| Name: | Kendra J. Hall |
| Law firm: | Procopio, Cory, Hargreaves & Savitch LLP |
| Address: | 525 B Street, Suite 2200 |
| City, State and ZIP: | San Diego, CA 92101 |
| Telephone: | 619-238-1900 |
| Fax #: | 619-235-0398 |
| E-mail address: | kendra.hall@procopio.com |

Statement to be completed by counsel only (select one):

☒ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

☐ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

☐ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): 6/23/2006

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):
☐ Yes   ☒ No

☐ A courtroom accessible to the handicapped is required if oral argument is scheduled.

| | |
|---|---|
| 9/3/14 | s/Kendra J. Hall |
| Date | Signature of pro se or counsel |
| | Kendra J. Hall |

cc: Jennifer M. Rubin

123

American LegalNet, Inc.
www.FormsWorkFlow.com