# UNITED STATES COURT OF APPEALS

# FOR THE FEDERAL CIRCUIT

2014-5137

ENRIQUE FREE PACHECO, Plaintiff-Appellant,

v.

UNITED STATES, Defendant-Appellee,

Appeal from the United States Court of Federal Claims

In Case No. 12-CV-00121T, Judge Marian Blank Horn

---

**MOTION FOR 90-DAY EXTENSION OF TIME TO FILE APPELLANT'S BRIEF**

---

    Kendra J. Hall (California Bar No. 166836)
    Patrick W. Martin (California Bar No. 163932)
    Jeffrey S. Hood (California Bar No. 216703)
    Procopio, Cory, Hargreaves & Savitch LLP
    525 B Street, Suite 2200
    San Diego, California 92101
    Telephone: 619.238.1900
    Facsimile: 619.235.0398

    Attorneys for Plaintiff-Appellant
    ENRIQUE FREE PACHECO

Pursuant to Federal Circuit Rule 26, Appellant Enrique Free Pacheco ("Mr. Free") respectfully moves for a ninety (90) day extension of time, to and including January 26, 2015, in which to file Appellant's Opening Brief herein.

By Order entered August 26, 2014, Appellant's Opening Brief is currently due on October 27, 2014. Declaration of Kendra J. Hall ¶ 2. Thereafter, on October 2, 2014, this case was selected for the Federal Circuit's Mediation Program and assigned to Robert Parker, Esq., who resides in New Mexico. *Id*. ¶ 3. Following various communications between the Office of the Circuit Executive and counsel for the parties, counsel for Mr. Free has been advised that the case will remain in the mediation program, but will be reassigned to a mediator who resides closer to Washington D.C. *Id*.

Both Mr. Free and Appellee United States are in favor of an extension of briefing in order that the parties may meaningfully engage in the mediation process. *Id*. ¶ 4. Furthermore, Appellee United States has no objection to Mr. Free's 90-day extension request. *Id*. Mr. Free has not previously requested any extensions of time herein. *Id*. ¶ 2. Good cause therefore exists for the requested extension.

Case: 14-5137     Document: 8     Page: 3     Filed: 10/14/2014

For these reasons, Mr. Free respectfully requests that this motion be granted and that he be allowed until and including January 26, 2015, to file Appellant's Opening Brief.

DATED: October 14, 2014                    Respectfully submitted,

                                                PROCOPIO, CORY, HARGREAVES &
                                                   SAVITCH LLP

                                        By:  *s/Kendra J. Hall*
                                              Kendra J. Hall
                                              Patrick W. Martin
                                              Jeffrey S. Hood
                                              Attorneys for Plaintiff-Appellant
                                              Enrique Free Pacheco

- 2 -

<u>DECLARATION OF KENDRA J. HALL</u>

I, Kendra J. Hall, hereby declare that:

1. I am an attorney duly licensed to practice law in the State of California, and am admitted to practice in the United States Court of Appeals for the Federal Circuit. I am an attorney with the law firm of Procopio, Cory, Hargreaves & Savitch LLP, counsel for Appellant Enrique Free Pacheco ("Mr. Free") in the above captioned action. Except as otherwise stated, the matters set forth herein are based upon my personal knowledge, and if called upon to testify, I am competent to do so.

2. Pursuant to Order entered August 26, 2014, Appellant's Opening Brief is currently due on October 27, 2014. This is the original due date for Appellant's Opening Brief; no other extension requests have been sought.

3. On October 2, 2014, this case was accepted into the Federal Circuit's Mediation Program and assigned to mediator Robert Parker, Esq. Following various communications with the Office of the Circuit Executive, I have been advised that the case will remain in the mediation program, but will be reassigned to a mediator who resides closer to Washington D.C. *Id*.

4. On October 8, 2014, I was advised by Jennifer Rubin, Esq, counsel for Appellee United States that she was in favor of extending briefing in this case in order to permit the parties to meaningfully engage in the mediation process. Ms.

Rubin has no objection to Mr. Free's requested 90-day extension for the filing of Appellant's Opening Brief.

I declare under penalty of perjury that the foregoing is true and correct to the best of my personal knowledge.

Executed on this 14th day of October, 2014 in San Diego.

>	*/s/ Kendra J. Hall*
>	Kendra J. Hall

## Certificate of Service

I, <u>Kendra J. Hall</u>, hereby certify that on October 14, 2014, I served copies of **APPELLANT'S MOTION FOR 90-DAY EXTENSION OF TIME TO FILE OPENING BRIEF** via email to the following:

| **Jennifer Rubin**<br>**Jennifer.m.rubin@usdoj.gov** | |
|---|---|

Dated: <u>October 14, 2014</u>         *s/Kendra J. Hall*
                                               Kendra J. Hall

DOCS 112741-000007/2059594.1