NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ENRIQUE FREE-PACHECO,**
*Plaintiff-Appellant,*

v.

**UNITED STATES,**
*Defendant-Appellee.*

---

2014-5137

---

Appeal from the United States Court of Federal Claims in No. 1:12-cv-00121-MBH, Judge Marian Blank Horn.

---

**ON MOTION**

---

**O R D E R**

Upon consideration of the parties' joint motion for an extension of time, until March 27, 2015, to file Appellant's opening brief,

IT IS ORDERED THAT:

The motion is granted.

                                        FOR THE COURT

  January 15, 2015             /s/ Daniel E. O'Toole
        Date                      Daniel E. O'Toole
                                          Clerk of Court

m2