UNITED STATES COURT OF APPEALS
FOR THE FEDERAL CIRCUIT

| | | |
|---|---|---|
| ENRIQUE FREE PACHECO | ) | |
| | ) | |
| Appellant, | ) | |
| | ) | |
| v. | ) | No. 14-5137 |
| | ) | |
| UNITED STATES, | ) | |
| | ) | |
| Appellee. | ) | |

**JOINT MOTION FOR 60-DAY EXTENSION OF TIME TO FILE
BRIEF FOR THE APPELLANT**

Pursuant to Fed. R. App. P. 27(a)(1) and Circuit Rule 26(b),
Enrique Free Pacheco, appellant, and the United States, appellee,
hereby file this joint motion for a 60-day extension of time for appellant
to file his opening brief, from May 26, 2015 to July 27, 2015.

In support of this motion, the parties assert the following facts:

1.    This case has been assigned to this Court's mediation
program.

2.    On October 15, 2014, this Court granted appellant's
unopposed motion to extend the time to file his brief to January 26,
2015, following the parties' agreement to attend an in-person
mediation.  Thereafter, on January 15, 2015, this Court granted the

- 1 -

parties' Joint Motion for 60-Day Extension for the filing of appellant's opening brief to provide the government adequate time to make a decision whether to accept a settlement offer made by appellant. The Court then granted the parties' second Joint request for 60-Day Extension for the filing of appellant's opening brief on March 20, 2015. Pursuant to that order, appellant's opening brief is currently due to be filed on May 26, 2015.

3.     Additional time is requested because in order for the Government to make a decision whether to accept the settlement offer, additional review and recommendations regarding the offer at multiple levels is still on-going and required, in accordance with standard Department of Justice regulations and procedures pertaining to settlements.

4.     As indicated in the Government's status update provided to the Court's mediation office on April 20, 2015, the offer and recommendations is currently under review by the Office of the Assistant Attorney General, Tax Division.  On account of the amount involved, any potential refund resulting from the offer must be reported to the Joint Committee on Taxation, pursuant to 26 U.S.C. § 6405.  This

process is on-going and is progressing, but has not yet been completed. The Government's next status update regarding the progress of the settlement is due to the Court's mediation office on May 20, 2015.

5.    The parties submit that it would be a waste of resources to proceed with completion of briefing while the settlement offer is under consideration.

WHEREFORE, the parties respectfully request that this Court grant appellant a 60-day extension of time to file his opening brief, from May 26, 2015, through and including July 27, 2015.

Respectfully submitted,

| /s/ Kendra J. Hall | /s/ Jennifer M. Rubin |
|---|---|
| KENDRA J. HALL | JENNIFER M. RUBIN |
| PATRICK W. MARTIN | Attorney |
| JEFFREY S. HOOD | Tax Division |
| Procopio, Cory, Hargreaves | Department of Justice |
| & Savitch LLP | Post Office Box 502 |
| 525 B Street, Suite 2200 | Washington, D.C. 20044 |
| San Diego, California  92101 | (202) 307-0524 |
| (619) 238-1900 | |
| | |
| *Counsel for the Appellant* | *Counsel for the Appellee* |

Dated: This 18th day of May, 2015

**Form 30**

**FORM 30. Certificate of Service**

# UNITED STATES COURT OF APPEALS
## FOR THE FEDERAL CIRCUIT

# CERTIFICATE OF SERVICE

I certify that I served a copy on counsel of record on | May 18, 2015 |
by:

☒ US mail
☐ Fax
☐ Hand
☒ Electronic Means
    (by email or CM/ECF)

| Kendra J. Hall |                              | s/ Kendra J. Hall |
Name of Counsel                              Signature of Counsel

Law Firm | Procopio, Cory, Hargreaves & Savitch LLP |

Address | 525 B Street, Suite 2200 |

City, State, ZIP | San Diego, CA 92101 |

Telephone Number | 619-238-1900 |

FAX Number | 619-235-0398 |

E-mail Address | kendra.hall@procopio.com |

NOTE: For attorneys filing documents electronically, the name of the filer under whose log-in and password a document is submitted must be preceded by an "/s/" and typed in the space where the signature would otherwise appear. Graphic and other electronic signatures are discouraged.