NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

**ENRIQUE FREE-PACHECO,**
*Plaintiff-Appellant,*

v.

**UNITED STATES,**
*Defendant-Appellee.*

2014-5137

Appeal from the United States Court of Federal Claims in No. 1:12-cv-00121-MBH, Judge Marian Blank Horn.

**ON MOTION**

**O R D E R**

Upon consideration of the parties' joint motion for an extension of time, until July 27, 2015, to file Appellant's opening brief,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

    May 20, 2015           /s/ Daniel E. O'Toole
        Date               Daniel E. O'Toole
                                Clerk of Court

m2